THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
L. JORDAN, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Grays
Harbor County, No. 84-1-00067-1, John W. Schumacher,
J., entered August 20, 1984. *Affirmed* by unpublished opin-

ion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.